WILMOT L. MOREHOUSE, Respondent, *v.* JACOB RUTSTEIN, Appellant.

(Submitted October 3, 1929; decided October 22, 1929.)

*Gerson C. Young* for appellant.

*Aaron Bearman* and *Wilmot L. Morehouse* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.